UNITED STATES COURT OF APPEALS
FOR THE THRID CIRCUIT

_____

No. 12-4273
_____

HEIDI CLAYTON,
           Appellant,

v.

CITY OF ATLANTIC CITY; CHIEF OF POLICE JOHN MOONEY; JOSEPH NOLAN,
Deputy Chief of Police; LIEUTENANT GREGORY VANDENBERG,

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1-09-cv-03045)
District Judge:  Hon. Joseph E. Irenas

_____

Submitted Under Third Circuit LAR 34.1(a)
September 10, 2013

Before:   RENDELL, JORDAN and GREENAWAY, JR., *Circuit Judges*.

_____

JUDGMENT
_____

  This case came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on September 10, 2013.

  On consideration whereof, it is now ORDERED and ADJUDGED by this Court that the order of the District Court signed and entered on October 22, 2012, be and the

same is hereby AFFIRMED.  All of the above is in accordance with the opinion of this Court.  Costs shall be taxed against Appellant.

                                     ATTESTED:

                                     <u>/s/ Marcia M. Waldron,</u>
                                     Clerk

Dated:  September 12, 2013